**E-FILED**
Wednesday, 05 July, 2006  11:53:54 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | |
| ) | **Civil Action No. 4:00-CV-04076** |
| **THE CITY OF ROCK ISLAND, ILLINOIS** ) | **Judge Joe B. McDade** |
| **A Municipal Corporation** ) | |
| ) | |
| **and** ) | |
| ) | |
| **THE STATE OF ILLINOIS,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## NOTICE OF FILING

The United States of America, plaintiff, through its counsel, Rodger A.

Heaton, United States Attorney for the Central District of Illinois and Gerard A.

Brost, Assistant United States Attorney, hereby gives notice of the filing of the

Agreement to Modify Plans or Schedules Under Consent Decree ("Agreement")

which is attached hereto.

As stated in the Agreement, the parties have agreed to a minor

modification of a plan or schedule for the Supplemental Environmental

Project ("SEP") required by the previously filed Consent Decree.

This modification of the SEP schedule provides for the City of Rock Island's

planting of natural prairie, bioswale and rain garden areas six months later

than the original time prescribed by the schedule set forth under the Consent

Decree.  This extension of time  would increase the likelihood that these plantings would be successful.  The parties have also agreed to extend the City of Rock Island's submission of a SEP Completion Report to four months after the City of Rock Island completes the planting of the natural prairie, bioswale, and garden areas.

Also, as set discussed in the attached Agreement, the agreed upon scheduling modification is not a material modification to the Consent Decree.  Hence, the parties are not seeking any judicial action to implement the Agreement.  This pleading is provided to make a complete record of the parties' responsibilities under the Consent Decree.

The Agreement is signed by the appropriate representatives of all parties to this action.

Respectfully submitted,

UNITED STATES OF AMERICA
ROGER A. HEATON
UNITED STATES ATTORNEY


 s/: Gerard A. Brost
Gerard A. Brost
Assistant United States Attorney
United States Attorney's Office
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas Davis
Attorney at Law
Illinois Attorney General's Office
Chief, Environmental Section
500 South Second Street
Springfield, IL 62706

Roy M. Harsch
Attorney at Law
Gardner, Carton & Douglas
191 N. Wacker Drive, Suite 3700
Chicago IL 60606-1698

Robert T. Hawes
Assistant City Manager
City of Rock Island, Illinois
1528 Third Avenue
Rock Island, IL 61201

Kevin C. Chow
Assistant Regional Counsel

William Tong
Environmental Scientist
U.S. EPA, Region 5
77 W. Jackson Boulevard
Chicago, IL 60604

　　　s/:　Kim Ritthaler
　　　Legal Assistant