E-FILED
Wednesday, 05 July, 2006  11:54:30 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 4:00-CV-04076 |
| THE CITY OF ROCK ISLAND, ILLINOIS ) A Municipal Corporation, ) | Judge Joe B. McDade |
| and ) | |
| THE STATE OF ILLINOIS, ) | |
| Defendants ) | |

## AGREEMENT TO MODIFY PLANS OR SCHEDULES UNDER CONSENT DECREE

WHEREAS:

The United States, on behalf of the United States Environmental Protection Agency ("U.S. EPA"), the City of Rock Island, Illinois ("Rock Island" or "City") and the State of Illinois ("Illinois") entered into a Consent Decree that was approved by the Court in the above-captioned action on August 21, 2003;

As part of its obligations under the Consent Decree, Rock Island committed to implement a Supplemental Environmental Project ("SEP") in accordance with terms and schedules set forth in the Consent Decree and a SEP Project Plan subject to approval by U.S. EPA. Elements of the SEP include: establishing and maintaining bioswales designed to filter stormwater run-off from the five-acre project area adjacent to the Sylvan Slough, a slough located in the Mississippi River; establishing and maintaining an aquatic rain garden; and seeding the five-acre project area

with native plant species, thereby creating a prairie environment designed to serve as a vegetative buffer that filters stormwater run-off entering the Mississippi River;

Pursuant to Paragraph 25 of the Consent Decree, Rock Island submitted a SEP Project Plan and schedule providing for completion of the SEP by August 21, 2006;

By letter dated February 12, 2004, U.S. EPA approved the SEP Project Plan and schedule submitted by the City;

Paragraph 30 of the Consent Decree requires submission of a SEP Completion Report "within four months after completion of construction of the SEP but in no case any later than three years and four months from the date of entry of this Consent Decree." December 21, 2006 is therefore the current due date for the SEP Completion Report;

Rock Island has determined that the August 21, 2006 deadline for completion of the SEP would require planting of the natural prairie, bioswale and rain garden areas during a period that is not optimal for ensuring success of the plants;

To allow the City to take advantage of optimal seasonal planting conditions, the parties have agreed to extend the deadline for planting the natural prairie, bioswale and rain garden areas until February 21, 2007;

The parties have also agreed to extend the deadline for submission of the SEP Completion Report until June 21, 2007, four months after the new deadline for completing the planting activities required as part of the SEP;

Paragraph 89 of the Consent Decree provides: "There shall be no material modification of this Consent Decree without written approval by all parties to this Consent Decree and the Court. Any modification to this Consent Decree shall be in writing and signed by the parties and,

2

except for modifications to the plans and schedules developed under this Consent Decree, shall be filed with the Court"; and

The parties agree that the schedule modifications described above are not material modifications of the Consent Decree that require filing with and approval by the Court.

NOW, THEREFORE, it is AGREED that:

1. The deadline to complete SEP planting requirements for the natural prairie, bioswale and rain garden areas shall be extended to February 21, 2007.

2. Rock Island shall complete construction of all other elements of the SEP by August 21, 2006.

3. The deadline for submission of the SEP Completion Report shall be extended to February 21, 2007.

4. Nothing in this Agreement shall be construed to modify any other terms and conditions of the Consent Decree or the approved SEP Project Plan.

U.S. v. City of Rock Island, Illinois and State of Illinois (Civil Action No. 4:00-CV-04076)
Agreement to Modify Plans or Schedules under Consent Decree

FOR PLAINTIFF:

*[signature]*            5-18-06
GERARD A. BROST            Date
Assistant United States Attorney
Central District of Illinois

*[signature]*            6/26/06
WILLIAM TONG            Date
Environmental Scientist
U.S. EPA, Region 5

*[signature]*            6-26-06
KEVIN CHOW            Date
Associate Regional Counsel
U.S. EPA, Region 5

<u>U.S. v. City of Rock Island, Illinois</u> and State of Illinois (Civil Action No. 4:00-CV-04076)
Agreement to Modify Plans or Schedules under Consent Decree

FOR DEFENDANT, CITY OF ROCK ISLAND, ILLINOIS:

_____                    5/26/06
Robert T. Hawes                               Date
Assistant City Manager


_____                    5/31/06
Roy M. Harsch, Esq.                           Date
Gardner, Carton & Douglas

U.S. v. City of Rock Island, Illinois and State of Illinois (Civil Action No. 4:00-CV-04076)
Agreement to Modify Plans or Schedules under Consent Decree

FOR STATE OF ILLINOIS:

_[signature]_    4/27/06
                 Date

THOMAS DAVIS
Chief
Environmental Bureau
Assistant Attorney General